UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAITH MABRY, on behalf of herself and others similarly situated

CIVIL ACTION NO.: 23 CV 5468

**vs**

**Plaintiff**

LAML, LLC d/b/a JOHN SULLIVAN'S BAR & GRILL, et al

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **7/7/2023** at **1:08 PM** at **240 West 35th Street, New York, NY 10001**

deponent served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Jury Trial Demanded**

on **240 BBJ PUB Inc., d/b/a Jack Doyle's Pub & Restaurant**, a domestic corporation,

by delivering thereat a true copy of each to **Rosin Dolan** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 0" - 5' 3"
Weight :131-160 Lbs.
Other :

Sworn to before me this
10th day of July, 2023

NOTARY PUBLIC
YONG SHI LIANG
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC # 01LI0007685
COMM EXP. 05/16/2027

Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160