```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FAITH MABRY, on behalf of herself and others
similarly situated,

                            Plaintiff,

       -against-

LAML, LLC, d/b/a JOHN SULLIVAN'S BAR &
GRILL; 240 BBJ PUB INC., d/b/a JACK DOYLE'S
PUB & RESTAURANT; 505 HP LLC, d/b/a THE
TAILOR PUBLIC HOUSE & KITCHEN;
BRENDAN CREEGAN; and JOHN CREEGAN,

                            Defendants.
------------------------------------------------------------- X

23-CV-5468 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 11, 2023, the parties appeared for a hearing on Plaintiff's request for a sampling of class-wide discovery.

       IT IS HEREBY ORDERED that Defendants must, by no later than **August 16, 2023**, inform the Court whether they will produce payroll records of all tipped employees at each restaurant on an every-other-month basis for purposes of mediation.

       IT IS FURTHER ORDERED that, as discussed at the hearing, if Defendants do not agree to produce the aforementioned records, then Plaintiff's deadline to file an amended complaint is **September 1, 2023**.

**SO ORDERED.**

Date:  August 11, 2023
       New York, New York

                                                                   **VALERIE CAPRONI**
                                                                  **United States District Judge**