USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FAITH MABRY, on behalf of herself and others similarly situated,

                    Plaintiff,

-against-

LAML, LLC, d/b/a JOHN SULLIVAN'S BAR & GRILL; 240 BBJ PUB INC., d/b/a JACK DOYLE'S PUB & RESTAURANT; 505 HP LLC, d/b/a THE TAILOR PUBLIC HOUSE & KITCHEN; BRENDAN CREEGAN; and JOHN CREEGAN,

                    Defendants.
------------------------------------------------------------- X

23-CV-5468 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2023, the parties contacted Chambers to resolve a discovery dispute.

IT IS HEREBY ORDERED that, as discussed at the hearing, Defendants must produce to Plaintiff six years of payroll records for half of their tipped employees reflecting the first of week of every other month of each restaurant by no later than **October 6, 2023**.

**SO ORDERED.**

Date:  **September 13, 2023**
        **New York, New York**

                                         **VALERIE CAPRONI**
                                         **United States District Judge**