```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
FAITH MABRY, on behalf of herself and others :
similarly situated, :
 :
　　　　　　　　　　　　　　Plaintiff, :
 : 23-CV-5468 (VEC)
　　　-against- :
 : <u>ORDER</u>
 :
LAML, LLC, d/b/a JOHN SULLIVAN'S BAR & :
GRILL; 240 BBJ PUB INC., d/b/a JACK DOYLE'S :
PUB & RESTAURANT; 505 HP LLC, d/b/a THE :
TAILOR PUBLIC HOUSE & KITCHEN; :
BRENDAN CREEGAN; and JOHN CREEGAN, :
 :
　　　　　　　　　　　　　　Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on January 5, 2024, the parties appeared for an initial pretrial conference ("Conference").

　　IT IS HEREBY ORDERED that, not later than **January 26, 2024**, Plaintiff must file her Motion for FLSA Conditional Certification ("Motion") or, if Defendants have elected not to contest conditional certification, proposed notice to the collective. If Plaintiff moves for collective certification, Defendants' deadline to respond is **February 16, 2024**. Plaintiff's deadline to reply is **February 23, 2024**. For the reasons stated at the Conference, the Court will not enter the Case Management Plan until the Motion is resolved.

**SO ORDERED.**

Date: **January 5, 2024**
　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**