UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
FAITH MABRY, on behalf of herself and others similarly situated,

         Plaintiff,

  v.

LAML, LLC d/b/a JOHN SULLIVAN'S BAR & GRILL; 240 BBJ PUB INC., d/b/a JACK DOYLE'S PUB & RESTAURANT; 5050 HP LLLC, d/b/a THE TAILOR PUBLIC HOUSE & KITCHEN; BRENDAN CRREGAN; and JOHN CREEGAN,

         Defendants.
-----------------------------------------------------x

CASE NO. 23 CV 5468

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff shall move the Court at such date and time as counsel may be heard to grant Plaintiff's motion for conditional certification of an FLSA collective.

Dated: New York, New York
       January 26, 2024

/s/ Michael DiGiulio
Michael DiGiulio
D. Maimon Kirschenbaum
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff, proposed FLSA collective, and proposed Class*