**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 D. |
| Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

February 20, 2024

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Mabry et al v. LAML, LLC et al*
               Civil Case No. **1:23-cv-5468 (VEC**)

Dear Judge Caproni:

    We represent Plaintiff in the above-referenced matter. We write with respect to Defendants' Letter filed earlier today.

    We oppose Defendants' request for an extension of their time to file an opposition to Plaintiff's motion for conditional certification of this action as a collective action under the FLSA. Defendants' counsel made this request three days after the deadline. Further, the Court already rejected a prior extension request with respect to Defendants' indicating whether they would stipulate to a collective (DKT # 49).

    Defendants' counsel's representation regarding settlement discussions is both completely inappropriate and in any event not accurate with respect to the progress of settlement discussions. We do not believe (another) Settlement Conference would be productive at this point.

    For the foregoing reasons, we respectfully request that the Court treat Plaintiff's motion for conditional certification as unopposed and, for the reasons set forth therein, grant Plaintiff's motion. We thank the Court for its time and attention to this matter.

    Respectfully Submitted,

    JOSEPH & KIRSCHENBAUM LLP

    */s/D. Maimon Kirschenbaum*
    D. Maimon Kirschenbaum