

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

February 23, 2024

<u>Via ECF; Total Pages: 1</u>
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court - SDNY
40 Foley Square New York
New York, NY 10007

    Re:    Mabry v. LAML, LLC d/b/a John Sullivan's Bar & Grill et al
             Docket No. 1:23-cv-05468-VEC

Dear Judge Caproni:

This office represents defendants LAML, LLC, 240 BBJ Pub Inc., 505 HP LLC, Brendan Creegan, and John Creegan (hereinafter collectively "Defendants") in the above referenced matter. I am submitting this letter to notify the court that the parties have reached a settlement in principle, with an agreement on the settlement amount and payment time period. Plaintiff's counsel has emailed to me a proposed settlement agreement that I will be reviewing.

Thank you kind courtesies as to this matter.

                                      Respectfully submitted,

                                      *Michael K. Chong*

                                      Michael K. Chong, Esq.

MKC/
cc:  Plaintiff's counsel (*via ECF*)