

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57TH STREET, 8TH FL. | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

March 7, 2024

<u>Via ECF; Total Pages: 1</u>
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court - SDNY
40 Foley Square New York
New York, NY 10007

  Re: Mabry v. LAML, LLC d/b/a John Sullivan's Bar & Grill et al
     Docket No. 1:23-cv-05468-VEC

Dear Judge Caproni:

  This office represents defendants LAML, LLC, 240 BBJ Pub Inc., 505 HP LLC, Brendan Creegan, and John Creegan (hereinafter collectively "Defendants") in the above referenced matter. The Defendants have signed the settlement agreement (See attached). We are waiting for Plaintiff to sign, and send a copy back to us. My clients will be mailing to me the notarized Confessions of Judgment, which I will be sending to Plaintiff's counsel. Plaintiff's counsel has confirmed we have a settlement and that we are settled.

  In light of the above, it is respectfully submitted that the conference for tomorrow morning is now moot and can be cancelled. Thank you for your kind courtesies as to this matter.

                Respectfully submitted,

                *Michael K. Chong*

                Michael K. Chong, Esq.

MKC/
Attach.
cc: Plaintiff's counsel (*via ECF*)